UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & WATER WATCH<br><br>*Plaintiff*,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:17-cv-1485 (ESH) |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES RELATED TO JURISDICTIONAL DISCOVERY TO DEFENDANTS**

Pursuant to this Court's order of May 23, 2018 and Fed. R. Civ. P. 33, Plaintiff hereby serves the following Interrogatories, each of which is to be answered separately and fully in writing under oath, upon Defendants President Donald J. Trump, Secretary of Transportation Elaine L. Chao, and the U.S. Department of Transportation (collectively "Defendants").

**Definitions and Instructions**

1.   The term "DOT" means the U.S. Department of Transportation, including its Secretary, current and former officials, managers, employees, agents, attorneys, representatives, contractors, subcontractors, and/or other persons acting on its behalf.

2.   The term "White House" means President Donald J. Trump and the Executive Office of the President, including current and former advisers, officials, managers, employees, agents, attorneys, representatives, contractors, subcontractors, and/or other persons acting on its behalf.

1

3. The term "OAI" means the White House Office of American Innovation, located within the Executive Office of the President, including its current and former officials, managers, employees, agents, attorneys, representatives, contractors, subcontractors, and/or other persons acting on its behalf.

4. The term "Infrastructure" means the developing, financing, funding, regulating, selling, procuring, or addressing the resiliency of real assets and facilities, including pipelines, airports, rail systems, bridges, highways, ports, tunnels, pipelines, waterways, wastewater systems, power grids, broadband networks, and large-scale developments.

5. The term "Infrastructure Policy" means any contemplated, proposed, potential, or adopted plan or action by Defendants with respect to Infrastructure.

6. The term "Infrastructure Plan" means any Infrastructure Policy of Defendants as reflected in, though not limited to, the following documents: (a) the Fact Sheet provided at the President's June 2017 speech on Infrastructure, attended by Richard LeFrak, and Special Assistant to the President for Infrastructure DJ Gribbin,[1] (b) President Trump's Principles for Reforming the U.S. Air Traffic Control System,[2] (c) Executive Order 13,807, Establishing Discipline and Accountability in the Environmental Review and Permitting Process for Infrastructure,[3] (d) the 70-page memorandum on infrastructure

---

[1] *See* Tanya Snyder, *Trump Offers Few Details in Cincinnati Infrastructure Speech*, PoliticoPro, June 7, 2017, https://www.politicopro.com/transportation/whiteboard/2017/06/trump-offers-few-details-in-cincinnati-infrastructure-speech-088775.
[2] *See* The White House, President Donald J. Trump's Principles for Reforming the U.S. Air Traffic Control System (June 5, 2017), https://www.whitehouse.gov/briefings-statements/president-donald-j-trumps-principles-reforming-u-s-air-traffic-control-system/.
[3] *See* The White House, Presidential Exec. Order on Establishing Discipline and Accountability in the Envtl. Review and Permitting Process for Infrastructure (Aug. 15, 2017), https://www.whitehouse.gov/presidential-actions/presidential-executive-order-

policy referenced by Reed Cordish in his November 2017 speech,[4] (e) the Administration's Legislative Outline for Rebuilding Infrastructure in America,[5] and (f) the Executive Order Establishing a Presidential Advisory Council on Infrastructure.[6]

7. The term "Meeting" means any discussion, whether in person, by telephone, video, or other means, in which any of the persons identified in the particular Interrogatory attended or participated for any part thereof.

8. The term "Communication" means any written, electronic, or other exchange of words, thoughts, information, or ideas to another person or entity, whether in person, in a group, by telephone, by letter, by facsimile, by electronic mail, by text message, or by any other process.

9. The term "Document" has a meaning co-extensive with the provisions of Fed. R. Civ. P. 26 and 34.

10. The term "Identify":

(a) with respect to a Meeting, means to provide the date of such meeting; the names and titles of all persons who attended or participated for at least part of that meeting, whether in person, by telephone, video, or other means; a list of the topics discussed related to Infrastructure or the Infrastructure Plan; and a list of all Documents

---

establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/.

[4] *See* Steven Overly, Cordish: White House talking with Musk, prepping infrastructure plan, PoliticoPro, Nov. 13, 2017, https://www.politicopro.com/technology/article/2017/11/cordish-white-house-talking-with-musk-prepping-infrastructure-plan-164945.

[5] *See* The White House, Legislative Outline for Rebuilding Infrastructure in America (Feb. 2018), https://www.whitehouse.gov/wp-content/uploads/2018/02/INFRASTRUCTURE-211.pdf.

[6] *See* Exec. Order 13,805, 82 Fed. Reg. 34,383 (July 25, 2017).

created for or as a result of such meeting, or referencing such meeting, including a general description of the Document, its date, its author(s), and its recipient(s).

(b) with respect to a Document or Communication, means to provide a general description of the Document or Communication, its date, its author(s), and its recipient(s).

11.     The term "Draft" means to write, edit, revise, or provide comments or feedback on any preliminary or final version of a document, in whole in or in part.

12.     The term "Review" means to read or receive, in whole or in part, any preliminary or final draft of a document.

13.     Unless otherwise indicated, the period covered by these Interrogatories is from January 20, 2017 through August 17, 2017.

14.     Each of the Interrogatories is a request for any and all information that is responsive to that Interrogatory.

15.     Reference to the singular in any of these Interrogatories shall also include a reference to the plural, and reference to the plural also shall include a reference to the singular.

16.     If Defendants are unable to respond to any of these Interrogatories, respond to the extent possible and specify the reasons for your inability to respond completely.

17.     If Defendants refuse to disclose any of the information requested in any of these Interrogatories on the basis of a privilege or other protection, so state, and further state the basis of the privilege or other protection claim with sufficient specificity to permit the Court and counsel to evaluate and test the privilege or protection claimed.

18.     To the extent documents are produced in lieu of answering any of these Interrogatories, produce such documents as kept in the ordinary course, *see* Fed. R. Civ. P. 34, and without any rearrangement. In addition, provide the documents in such a way that they can be correlated to the Interrogatory or Interrogatories to which the documents are responsive, and identify the Bates number for all such documents in your Interrogatory response.

19.     Defendants are under a continuing obligation to respond to the Interrogatories set forth herein. Accordingly, if Defendants subsequently gain additional information called for in any of the Interrogatories set forth herein, they should promptly supplement their responses pursuant to Fed. R. Civ. P. 26(e).

## Interrogatories

**INTERROGATORY NO. 1:** Identify each and every meeting at which public-private infrastructure investments, including the privatization of government assets, were discussed, and which was attended by or had participation from at least two of the following—Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford—and at least one of the following—President Trump, Secretary Chao, Jared Kushner, Reed Cordish, Chris Liddell, or DJ Gribbin, or other persons from the White House, OAI, or DOT involved in considering, developing, or implementing infrastructure policy.

**INTERROGATORY NO. 2:** Identify each and every meeting at which infrastructure permitting processes, including but not limited to the implementation of a bankruptcy-style arbitration process, were discussed, and which was attended by or had participation from at least two of the following—Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford—and at least one of the following—President Trump, Secretary Chao, Jared Kushner, Reed Cordish, Chris Liddell, or DJ Gribbin, or other persons from the White House, OAI, or DOT involved in considering, developing, or implementing infrastructure policy.

**INTERROGATORY NO. 3:** Identify each and every meeting at which the Federal Flood Risk Management Standard was discussed, and which was attended by or had participation from at least two of the following—Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford—and at least one of the following—President Trump, Secretary Chao, Jared Kushner, Reed Cordish, Chris Liddell, or DJ Gribbin, or other persons from the White House, OAI, or DOT involved in considering, developing, or implementing infrastructure policy.

**INTERROGATORY NO. 4:** Identify each and every meeting which was attended by or had participation from at least two of the following—Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford—and at least one of the following—President Trump, Secretary Chao, Jared Kushner, Reed Cordish, Chris Liddell, or DJ Gribbin, or other persons from the White House, OAI, or DOT involved in considering, developing, or implementing infrastructure policy.

**INTERROGATORY NO. 5:** For the meeting held on March 8, 2017, which was reportedly attended by or had participation from Richard LeFrak, Steven Roth, Joshua Harris, Bill Ford, President Trump, and Secretary Chao, identify (a) all attendees and participants, (b) the purpose of and agenda for the meeting, (c) all topics discussed at the meeting, (d) all action items and instructions that resulted from the meeting, and (e) all documents created for or as a result of the meeting, or referencing the meeting.

**INTERROGATORY NO. 6**: Explain why each of the meetings identified in response to Interrogatories 1-5 is or is not covered by the phrase "preliminary discussions" as used in the Declaration of Reed Cordish executed on October 16, 2017 (ECF No. 8-2).

**INTERROGATORY NO. 7:** Identify each and every document related to any Infrastructure Policy or Infrastructure Plan that was provided by the White House, OAI, or DOT and was reviewed, in whole or in part, by Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford, or that was drafted in whole or in part by or on behalf of Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford.

**INTERROGATORY NO. 8**: Identify all communications sent to or from any of the following—Richard LeFrak, Steven Roth, Joshua Harris, or Bill Ford—and at least one of the following—President Trump, Secretary Chao, Jared Kushner, Reed Cordish, Chris Liddell, or DJ Gribbin, or other persons from the White House, OAI, or DOT—which refer to a body of outside advisors on infrastructure policy, including references to said body as an "infrastructure advisory council," "infrastructure council," "advisory council," "infrastructure committee," "infrastructure advisory committee," or "advisory committee," or to the Federal Advisory Committee Act, including compliance with that Act.

Dated: May 29, 2018

Respectfully submitted,

/s/ *Karianne M. Jones*

Javier M. Guzman (D.C. Bar No. 462679)
Karianne M. Jones (D.C. Bar No. 187783)
Robin F. Thurston (D.C. Bar No. 1531399)
John T. Lewis (D.C. Bar No. 1033826)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
kjones@democracyforward.org
rthurston@democracyforward.org
jlewis@democracyforward.org